# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4156 | **DATE** | August 5, 2008 |
| **CASE TITLE** | U.S. ex rel. Stevie McNeil (EB 9701)  v. People of the State of Illinois | | |

**DOCKET ENTRY TEXT:**

Petitioner has paid the $5.00 filing fee.  His motion to proceed *in forma pauperis* is denied. as moot.  [3], [7] Respondent is given 30 days from the date this order is entered on the docket to answer the petition or otherwise respond.  Petitioner's motion for the appointment of counsel [4] is denied without prejudice.

■  [For further details see text below.]                                          Docketing to mail notices.

## STATEMENT

Petitioner Stevie McNeil (EB-9701), currently incarcerated at SCI Graterford, a federal prison in Graterford, Pennsylvania, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2002 Illinois conviction for first-degree murder.  He argues prosecutorial misconduct, denial of his right to a speedy trial, ineffective assistance of counsel, and the knowing use of perjured testimony.

Having paid the $5.00 filing fee, his motion to proceed *in forma pauperis* is denied as moot.  The Respondent is ordered to answer the petition or otherwise respond within 30 days of the date this order is entered on the docket.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent.  Petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed.  In addition, petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601.  Every document filed by petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing.  Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to petitioner.

Petitioner's motion for the appointment of counsel is denied without prejudice.  Although the court may appoint counsel for an evidentiary hearing and at any time during the proceedings if the interests of justice so require, *see* Rule 8(c), Rules Governing Section 2254 Cases, the appointment of counsel is not warranted at this stage of the proceedings.

isk