**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Illinois Attorney General's Office
   100 W. Randolph Street
   Chicago, Illinois 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No



RECEIVED JUL 28 2008
Office Of The Attorney General

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 7313 0438

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael W. Dobbins, Clerk
U.S. District Court
219 South Dearborn Street
Room 2010 (08cv4156)
Chicago, Illinois 60604

RECEIVED AUG 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv4156



FILED Aug 7, 2008
AUG 0 7 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT