**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   08 C 4156 |

United States of America ex rel. Stevie McNeil, Petitioner,

    vs.

People of the State of Illinois, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Respondent.

| |
|---|
| NAME (Type or print)<br>Erin M. O'Connell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Erin M. O'Connell |
| FIRM<br>   Office of the Illinois Attorney General, Criminal Appeals Division |
| STREET ADDRESS   100 W. Randolph St., 12th Floor |
| CITY/STATE/ZIP<br>   Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283650 | TELEPHONE NUMBER<br>(312) 814-1235 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

      I certify that on August 14, 2008, I electronically filed respondent's **Attorney Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via the United States Postal Service to the following non-CM/ECF user:

      Stevie McNeil, #EB9701
      SCI - Graterford
      P.O. Box 244
      Graterford, PA 19426.

    /s/ Erin M. O'Connell
    ERIN M. O'CONNELL, Bar #6283650
    Assistant Attorney General
    100 W. Randolph Street, 12th Floor
    Chicago, IL 60601-3218
    PHONE: (312) 814-1235
    FAX: (312) 814-2589
    EMAIL: eoconnell@atg.state.il.us