UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　ex rel. STEVIE MCNEIL, | )<br>)<br>) | |
| 　　　　Petitioner, | )<br>) | |
| 　　　　v. | )<br>) | No. 08 C 4156 |
| PEOPLE OF THE STATE OF ILLINOIS, | )<br>) | The Honorable<br>Virginia M. Kendall, |
| 　　　　Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME TO
RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent PEOPLE OF THE STATE OF ILLINOIS moves for a 30-day extension of time to respond to the instant petition for writ of habeas corpus, stating as follows:

1.　Petitioner filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on or about July 22, 2008.

2.　On August 5, 2008, this Court ordered respondent to file an answer or other response to the petition no later than September 5, 2008.

3.　Despite her best efforts, counsel will be unable to file respondent's response to the petition by September 5, 2008, owing to the following responsibilities: (1) preparation of an answer for the United States District Court for the Central District of Illinois in *Owens v. Austin*, No. 08-1125; (2) preparation of a sur-reply for the United States District Court for the Northern District of Illinois in *Giampaolo v. Chambers*, No. 07-2612; (3) preparation of appellee's brief

for the Illinois Supreme Court in *People v. Cardamone*, No. 106200; and (4) preparation of appellant's brief for the Appellate Court of Illinois, Second Judicial District, in *People v. Brown*, No. 2-08-0360.

    4.    This motion is respondent's first request for an extension of time.

    5.    Counsel for respondent was unable to contact the pro se petitioner to secure his agreement to the motion prior to filing, since petitioner is incarcerated.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including October 6, 2008, within which to answer or otherwise defend against the petition.

August 14, 2008                              Respectfully submitted,

                                                    LISA MADIGAN
                                                    Attorney General of Illinois

By:    /s/ Erin M. O'Connell
        ERIN M. O'CONNELL, Bar #6283650
        Assistant Attorney General
        100 W. Randolph Street, 12th Floor
        Chicago, IL 60601-3218
        PHONE: (312) 814-1235
        FAX: (312) 814-2589
        EMAIL: eoconnell@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I certify that on August 14, 2008, I electronically filed respondent's **Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus** and the accompanying **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via the United States Postal Service to the following non-CM/ECF user:

      Stevie McNeil, #EB9701
      SCI - Graterford
      P.O. Box 244
      Graterford, PA 19426.

   /s/ Erin M. O'Connell
   ERIN M. O'CONNELL, Bar #6283650
   Assistant Attorney General
   100 W. Randolph Street, 12th Floor
   Chicago, IL 60601-3218
   PHONE: (312) 814-1235
   FAX: (312) 814-2589
   EMAIL: eoconnell@atg.state.il.us