UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>   ex rel. STEVIE MCNEIL, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 08 C 4156 |
| PEOPLE OF THE STATE OF ILLINOIS, | )<br>)<br>) | The Honorable<br>Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

## MOTION TO SUBSTITUTE AND ADD RESPONDENTS

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent PEOPLE OF THE STATE OF ILLINOIS moves to substitute and add respondents in this cause, stating as follows:

    1.    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a conviction for first-degree murder in the State of Illinois.

    2.    Petitioner is presently incarcerated in the State of Pennsylvania's Graterford correctional facility, and therefore his challenge to the Illinois conviction pertains to "future custody."

    3.    The appropriate respondents to a petition challenging future custody are "the officer who has current custody and the attorney general of the state where the judgment was entered." Rule 2(b) of the Rules Governing Section 2254 Cases in the United States District Courts.

4.      The superintendent of the Graterford facility, David DiGuglielmo,[1] is the officer who has current custody of petitioner. Therefore, he should be added as a party respondent.

5.      Additionally, Lisa Madigan, the Illinois Attorney General, should be substituted for the currently-named respondent, "People of the State of Illinois." *See Hogan v. Hanks*, 97 F.3d 189, 190 (7th Cir. 1996) (Attorney General is proper party where future custody at issue).

WHEREFORE, respondent respectfully requests that this Court: (1) add David DiGuglielmo as a party respondent; and (2) substitute Lisa Madigan, Illinois Attorney General, for respondent People of the State of Illinois.

August 14, 2008                                    Respectfully submitted,

                                                   LISA MADIGAN
                                                   Attorney General of Illinois

                                   By:    /s/ Erin M. O'Connell
                                          ERIN M. O'CONNELL, Bar #6283650
                                          Assistant Attorney General
                                          100 W. Randolph Street, 12th Floor
                                          Chicago, IL 60601-3218
                                          PHONE: (312) 814-1235
                                          FAX: (312) 814-2589
                                          EMAIL: eoconnell@atg.state.il.us

---

[1] See website of the Pennsylvania Department of Corrections, which provides information pertaining to the Graterford facility at http://www.cor.state.pa.us/graterford/site/default.asp.

**CERTIFICATE OF SERVICE**

      I certify that on August 14, 2008, I electronically filed respondent's **Motion to Substitute and Add Respondents** and the accompanying **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via the United States Postal Service to the following non-CM/ECF user:

      Stevie McNeil, #EB9701
      SCI - Graterford
      P.O. Box 244
      Graterford, PA 19426.

      /s/ Erin M. O'Connell
      ERIN M. O'CONNELL, Bar #6283650
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, IL 60601-3218
      PHONE: (312) 814-1235
      FAX: (312) 814-2589
      EMAIL: eoconnell@atg.state.il.us