UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. STEVIE MCNEIL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 4156 |
| PEOPLE OF THE STATE OF ILLINOIS, | ) ) | The Honorable<br>Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

To:   Stevie McNeil, #EB9701
      SCI - Graterford
      P.O. Box 244
      Graterford, PA 19426.

   On Thursday, August 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's MOTION TO SUBSTITUTE AND ADD RESPONDENTS and respondent's MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS.

August 14, 2008                        Respectfully submitted,

                                       LISA MADIGAN
                                       Attorney General of Illinois

                          By:    /s/ Erin M. O'Connell
                                 ERIN M. O'CONNELL, Bar # 6283650
                                 Assistant Attorney General
                                 100 W. Randolph Street, 12th Floor
                                 Chicago, Illinois 60601-3218
                                 PHONE: (312) 814-1235
                                 FAX: (312) 814-2589
                                 EMAIL: eoconnell@atg.state.il.us