UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Stevie McNeil

                                        Plaintiff,

v.                                                                          Case No.: 1:08−cv−04156
                                                                          Honorable Virginia M. Kendall

The People of the State of Illinois

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Respondents' motion for extension of time to 10/6/2008 to answer or otherwise plead to the petition [12] is granted. MOTION to substitute party [13] is granted. David DiGuglielmo is added as respondent in this case. Lisa Madigan is substituted as a Respondent in the place of State of Illinois. Petitioner is given to 10/31/2008 to file a reply. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.